# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                                Case No. 18-MJ-1304

**RAMON PRADO,**

    **Defendant.**

## ORDER

On October 2, 2018, Ramon Prado was arrested and charged by way of a criminal complaint for allegedly assaulting a Deputy United States Marshal. At his initial appearance the United States moved for an independent examination pursuant to Title 18 United States Code Section 4241 to determine whether Prado is competent to proceed in this matter.

Based on the allegations in the complaint and the statements made at Prado's initial appearance, the Court finds reasonable cause to believe that Prado may be suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of these

proceedings or to assist properly in his defense. Pursuant to 18 U.S.C. §§ 4241, 4247(b), and 4247(c),

**IT IS THEREFORE ORDERED:**

1. A hearing will be held to determine Prado's competency.

2. In anticipation of the hearing, an examination and evaluation of Prado will be undertaken to determine whether he is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings and to assist properly in his defense.

3. Prado is committed to the custody of the Attorney General for placement in a suitable facility for a period not to exceed 30 days.

4. It is recommended that any examination occur locally by a qualified expert identified by Pretrial Services.

5. The examination and evaluation shall be completed and a report submitted to the court no later than **October 29, 2018**.

Dated at Milwaukee, Wisconsin this 3rd day of October, 2018.

WILLIAM E. DUFFIN
U.S. Magistrate Judge